UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>v.<br><br>GABRIEL FELIX MIRANDA, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00537-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PAUL E. FRANKLIN WITHOUT PREJUDICE<br><br>(ECF No. 5) |

On April 15, 2021, Plaintiff George Avalos filed a notice of voluntary dismissal of Defendant Paul E. Franklin without prejudice. (ECF No. 5.) Defendant Franklin has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant Franklin has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designate on the docket that Defendant Franklin has been terminated from this action as of April 15, 2021.

IT IS SO ORDERED.

Dated: __**April 16, 2021**__            /s/ *Erica P. Grosjean*
                                                         UNITED STATES MAGISTRATE JUDGE

1